**JUDGE SAND**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

    - v. -                 :       07 Cr. ____

DIGNORA PEREZ,                 :       **07CRIM1175**

            Defendant.  :

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 14 2007

INDICTMENT

## COUNT ONE

The Grand Jury charges:

From in or about March 2002, through in or about November 2007, in the Southern District of New York and elsewhere, DIGNORA PEREZ, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use and the use of another money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, PEREZ received more than $1,000 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____           _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DIGNORA PEREZ,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*[signature]*

12/14/07 Filed Indictment. A/W issued. Case assigned to Judge Sand. Mag. Judge Katz