```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     **ORDER EXCLUDING**
                                        **TIME UNDER THE**
            - v. -                :     **SPEEDY TRIAL ACT**

DIGNORA PEREZ,                    :     07 Cr. 1175(LBS)

                  Defendant.      :

- - - - - - - - - - - - - - - -x

**LEONARD B. SAND**
**UNITED STATES DISTRICT JUDGE**

   On March 26, 2008, the parties appeared before the Court for arraignment on the charge in the above-captioned Indictment. The defendant entered a plea of not guilty, and the Government represented that it intended to produce discovery by April 4, 2008. The Court scheduled a pre-trial conference for May 1, 2008, at 10:00 a.m. Because the time between the entry of this order and the next conference will be used by the parties for the review of discovery and for discussion of any possible disposition of this case, the Court finds that the ends of justice served by excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, outweigh the best interest of the public and the defendant in a speedy trial. Time is therefore excluded under the Speedy Trial Act until May 1, 2008.

**SO ORDERED.**

Dated: March 31, 2008
       New York, New York

                                   _____
                                   HON. LEONARD B. SAND
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK