```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    **ORDER EXCLUDING**
                                       **TIME UNDER THE**
          - v. -                  :    **SPEEDY TRIAL ACT**

DIGNORA PEREZ,                    :    07 Cr. 1175(LBS)

                    Defendant.    :

- - - - - - - - - - - - - - - - -x

**LEONARD B. SAND**
**UNITED STATES DISTRICT JUDGE**

   On May 19, 2008, the parties appeared before the Court for a pre-trial conference in the above-captioned case. The Government represented that it had produced discovery to the defendant and the parties indicated that they were discussing a possible disposition. The Court scheduled a pre-trial conference for June 19, 2008, at 9:30 a.m. Because the time between the entry of this order and the next conference will be used by the parties for the review of discovery and for discussion of any possible disposition of this case, the Court finds that the ends of justice served by excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, outweigh the best interest of the public and the defendant in a speedy trial. Time is therefore excluded under the Speedy Trial Act until June 19, 2008.

**SO ORDERED.**

Dated: May 27, 2008
       New York, New York

                                    _____
                                    HON. LEONARD B. SAND
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK