**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

MEMO ENDORSED

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

By Hand Delivery

August 4, 2008

The Honorable Leonard B. Sand
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Dignora Perez**
      **07 Cr. 1175 (LBS)**

Dear Judge Sand:

   I represent Dignora Perez in the above-captioned case, and write to request that her bail conditions be modified. Specifically, I request that her passport be returned to allow Ms. Perez to secure alternative identification. I have spoken to Assistant United States Attorney Randall Jackson, who consents to this request.

   Ms. Perez is charged in a one-count indictment with housing fraud, in violation of 18 U.S.C. § 641. On March 26, 2008, this Court imposed the following bail conditions: a $10,000 personal recognizance bond, travel restricted to the Southern and Eastern Districts of New York, and the surrender of all travel documents.

   Ms. Perez's United States passport is the only form of identification that she possesses. Upon the return of her passport, she intends to apply for a New York State identification card from the Department of Motor Vehicles. Once she has secured the new identification, she will return the passport to the court.

   Ms. Perez does not pose a flight risk. She is a naturalized United States citizen, works as a matron at the City Center theater, and lives with her 19-year-old son, who will start college in the fall. She has no prior criminal history.

   Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          Martin S. Cohen
                                          Attorney for Dignora Perez
                                          212-417-8737

Endorsement
Granted on
consent.
So ordered
B Sand
8/5/08

cc:   Randall W. Jackson, AUSA via facsimile 212-637-2937

**MEMO ENDORSED**