UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     ORDER EXCLUDING
                                        TIME UNDER THE
        - v. -                    :     SPEEDY TRIAL ACT

DIGNORA PEREZ,                    :     07 Cr. 1175 (LBS)

            Defendant.            :

- - - - - - - - - - - - - - - -x

HON. LEONARD B. SAND
UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-12-08
```

   On August 7, 2008, the parties appeared before the Court for a pre-trial conference in the above-captioned case and the parties indicated that they were discussing a possible disposition. The parties have requested additional time to procure information required for the determination of an appropriate disposition. The Court scheduled a pre-trial conference for October 14, 2008, at 9:30 a.m. Because the time the parties' August 7, 2008 appearance and the next conference will be used by the parties for the review of discovery and for discussion of any possible disposition of this case, the Court finds that the ends of justice served by excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), outweigh the best interest of the public and the defendant in a speedy trial. Time is therefore excluded under the Speedy Trial Act until October 14, 2008.

SO ORDERED.

Dated: August 11, 2008
       New York, New York

                                    _____
                                    HON. LEONARD B. SAND
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK